UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HOMAR GALARZA LUNA,<br><br>                    Petitioner,<br>    v.<br><br>WARDEN BAKER, *et al.*,<br><br>                    Respondents. | Case No. 3:17-cv-00565-MMD-VPC<br><br>ORDER |

This habeas matter comes before the Court on petitioner's applications to proceed *in forma pauperis*. (ECF Nos. 1 and 3.) The Court finds that petitioner is able to pay the $5.00 filing fee.

It therefore is ordered that the applications to proceed *in forma pauperis* (ECF Nos. 1 and 3) are denied. Petitioner will have thirty (30) days from entry of this order within which to have the filing fee of five dollars ($5.00) sent to the Clerk of Court. Failure to timely comply with this order will result in the dismissal of this action without further advance notice.

The Clerk will send petitioner two (2) copies of this order. Petitioner must make the necessary arrangements to have a copy of this order attached to the check for the filing fee.

DATED THIS 5th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE